# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**933**

**CA 12-01749**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, AND WHALEN, JJ.

---

CLAUDIA S. JOHNSON, PLAINTIFF-RESPONDENT,

V                                                MEMORANDUM AND ORDER

LARRY C. JOHNSON, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

BOUVIER PARTNERSHIP, LLP, EAST AURORA (ROGER T. DAVISON OF COUNSEL),
FOR DEFENDANT-APPELLANT.

HOGAN WILLIG, PLLC, AMHERST (ASHLEA L. PALLADINO OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (John F.
O'Donnell, J.), entered December 7, 2011. The order, among other
things, found defendant to be in contempt of court for his willful
failure to pay his child support obligation.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Same Memorandum as in *Johnson v Johnson* ([appeal No. 2] ___ AD3d
___ [Sept. 27, 2013]).

Entered:  September 27, 2013                  Frances E. Cafarell
                                              Clerk of the Court